**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-6062**

_____

LARRY JAMES TYLER,

       Petitioner - Appellant,

     v.

DIRECTOR OF THE DARLINGTON COUNTY DETENTION CENTER,

       Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Molly Hughes Cherry, Magistrate Judge.  (9:22-cv-01623-MGL)

_____

Submitted:  June 18, 2026                   Decided:  June 24, 2026

_____

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Larry James Tyler, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry James Tyler seeks to appeal the magistrate judge's report recommending that the district court grant summary judgment to Respondent on Tyler's 28 U.S.C. § 2254 petition.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The magistrate judge's report is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*